# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MONTEREY RESEARCH, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>RENESAS ELECTRONICS CORPORATION,<br><br>Defendant and Counter-Plaintiff,<br><br>DENSO CORPORATION & DENSO INTERNATIONAL AMERICA, INC.<br><br>Defendants. | Case No. 2:24-cv-00238-JRG<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DENSO CORPORATION & DENSO INTERNATIONAL AMERICA, INC.

Defendants DENSO Corporation and DENSO International America, Inc. (collectively, "DENSO") submit this stipulation in support of the Motion to Sever and Stay Pending Final Resolution of Manufacturer's Suit that DENSO filed jointly with Renesas Electronics Corporation ("Renesas"). DENSO hereby stipulates to be bound by any final, non-appealable judgment on Monterey Research, LLC's ("Monterey's") claims for infringement against Renesas in the above-captioned matter, any claim construction rulings issued by the Court, and any final, non-appealable judgment regarding the validity of any claims in U.S. Patent Nos. 6,243,300, 7,679,968, 7,089,133, and 7,825,688—if the Court grants DENSO's and Renesas's Motion to Sever and Stay.

DENSO further stipulates that, with respect to Monterey's current claims against DENSO in the above-captioned matter: (1) if the above-captioned matter reaches a claim construction decision, a *Markman* hearing in a severed case against DENSO would not be necessary; and (2) DENSO has no interest in multiplying proceedings on claims that are completely stayed against DENSO.

This Stipulation is not and should not be deemed an agreement that any element of Monterey's claims against DENSO has been adequately pled or established. For the reasons stated in its pending Motion to Dismiss (ECF No. 16), DENSO maintains that Monterey's Complaint should be dismissed for failure to state a claim of direct, indirect, or willful infringement against DENSO and that dismissal of the Complaint against DENSO would be the most appropriate way to narrow this case and to promote judicial and party economy in its resolution. DENSO joins in Defendants' Motion to Sever and Stay in the event the Court does not grant or defers ruling on DENSO's pending Motion to Dismiss.

Dated: September 17, 2024

Respectfully submitted,

/s/ Steven J. Routh

Steven J. Routh (D.C. Bar # 376068)
srouth@orrick.com
Sten Jensen
sjensen@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Ave.
Washington, DC 20037
Tel: (202) 339-8400
Fax: (202) 339-8500

*Attorneys for Defendants DENSO Corporation and DENSO International America, Inc.*